IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-96

| | |
|---|---|
| TODD M. BODINE,<br>      Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Soumilas,** filed June 25, 2018 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Soumilas is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Todd M. Bodine.

**IT IS SO ORDERED.**  Signed: June 26, 2018

*[signature]*

Graham C. Mullen
United States District Judge