IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-96

| | |
|---|---|
| TODD M. BODINE,<br>    Plaintiff,<br>v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Joseph L. Gentilcore,** filed June 25, 2018 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Gentilcore is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Todd M. Bodine.

**IT IS SO ORDERED.**   Signed: June 26, 2018

Graham C. Mullen
United States District Judge