# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:18-CV-00096

| TODD BODINE | |
|---|---|
| v. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |

This matter is before the Court on the Motions [docs. 19 and 20] for Admission to Practice Pro Hac Vice of Gabrielle E. Pritsker and Geoffrey S. Irwin filed on March 26, 2018, pursuant to Local Rule 83.1 (b)(1) of the United States District Court for the Western District of North Carolina.

It appears that the persons for whom leave to appear is sought, **Gabrielle E. Pritsker**, of the firm Jones Day, is a member in good standing and is admitted to practice for the Bars of the District of Columbia and the State of New York. **Geoffrey S. Irwin,** of the firm Jones Day, is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the Bar of the District of Columbia. Mr. Irwin is an admitted but inactive member of the Bar in the State of Illinois.

It further appears that Ms. Pritsker and Mr. Irwin have associated Ashley K. Brathwaite of the Wake County, North Carolina bar as local counsel and have submitted the admission fees with the filing of their Motions for Admission to Practice Pro Hac Vice.

IT IS THEREFORE ORDERED that **Gabrielle E. Pritsker** and **Geoffrey S. Irwin** be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Experian Information Solutions, Inc.

Signed: March 27, 2019

Graham C. Mullen
United States District Judge