# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00096-GCM

| | |
|---|---|
| TODD M. BODINE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER COMES** before this Court on Experian's Unopposed Motion to Issue Subpoenas on the North Carolina Department of Revenue. (Doc. No. 24). Having reviewed the Motion and the proposed subpoenas, the Court **GRANTS** Experian's Motion. Experian may serve the North Carolina Department of Revenue with the proposed document and deposition subpoenas attached to the Motion as Exhibits 1-3.

**SO ORDERED**.

Signed: April 9, 2019

Graham C. Mullen
United States District Judge