# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:18-CV-00096-GCM

| | | |
|---|---|---|
| **TODD M. BODINE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Upon consideration of Experian's Motion to Require Compliance with Third-Party Subpoenas, said Motion is **GRANTED**. The NCDOR is **ORDERED** to disclose and produce all requested taxpayer records and/or information in compliance with the document and deposition subpoenas issued by Experian on April 11, 2019 and attached as Exhibits 1-3.

**SO ORDERED**.

Signed: April 17, 2019

Graham C. Mullen
United States District Judge